# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROOSTER PRODUCTS INT'L, INC., d/b/a the Rooster Group, | * * * |
| Plaintiff/Counter-Defendant, | * * |
| v. | *   1:14-CV-03433-ELR * |
| ROLOSNIP, LLC and RG CONSULTING GROUP, INC., | * * * |
| Defendants/Counter-Claimants. | * |

_____

# O R D E R
_____

This matter is before the Court for *sua sponte* review. It has been brought to the Court's attention that the Georgia Supreme Court recently suspended Defendants' counsel, Joel David Myers, from practicing law in Georgia as of December 1, 2014.[1] The Court further notes that, pursuant to Local Rule 83.1F, when an attorney is "suspended or disbarred from the practice of law by the Supreme Court of Georgia . . . such . . . suspension . . . shall operate as an automatic suspension of the attorney's right to practice in this court, and an order of suspension shall be issued by the court." Accordingly, United States District Judge Mark Cohen issued an order noting Mr. Myers' suspension from practicing

---

[1] State Bar of Georgia, http://www.gabar.org/forthepublic/upload/Myers_IS.pdf.

in the bar of this Court, effective February 13, 2015. <u>Rolosnip, LLC v. Rooster Products International, Inc.</u>, No. 1:14-CV-1840-MHC, Doc. No. 27.

Mr. Myers is therefore prohibited from appearing as counsel for Defendants in this case until further order of the Court.[2] Defendants Rolosnip, LLC and RG Consulting Group, Inc. are **ORDERED** to have new counsel make an appearance by March 24, 2015. As Corporations, both Defendants must be represented by an attorney in this action. Failure to retain new counsel may result in an entry of default. Finally, this case is **STAYED** until Defendants retain new counsel or the Court issues an order stating otherwise.

**SO ORDERED**, this 24th day of February, 2015.

*/s/ Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[2] The Court notes Mr. Myers filed documents in this action subsequent to his suspension. (<u>See</u> Doc. No. 29.)