IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROOSTER PRODUCTS INT'L, INC., d/b/a the Rooster Group, | * * * | |
| Plaintiff/Counter-Defendant, | * * | |
| v. | * * | 1:14-CV-03433-ELR |
| ROLOSNIP, LLC and RG CONSULTING GROUP, INC., | * * * | |
| Defendants/Counter-Claimants. | * | |

_____

**O R D E R**

_____

The parties have advised the Court that the above-styled case has settled pending further execution of settlement documents. Accordingly, the parties are **DIRECTED** to file a stipulation of dismissal on or before April 18th, 2015. The Clerk is **DIRECTED** to administratively close the case with the right of any party to reopen if the settlement is not concluded by that date.

**SO ORDERED**, this 18th day of March, 2015.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia